# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Future Services Company For Trading | ) | ASBCA No. 60449 |
| and General Transport W.L.L. | ) | |
| | ) | |
| Under Contract No. W91GXE-09-P-0324 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Sami Zeidan
General Manager/Corporate Officer

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Christopher C. Cross, JA
Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. In response, appellant expressed a desire to submit its claim to the contracting officer for a decision. As directed by the Board, the government provided appellant with the contact information for the contracting officer and appellant has indicated that it submitted its claim to the contracting officer.

Accordingly, this appeal is dismissed without prejudice to a timely appeal from a contracting officer's denial or deemed denial of the contractor's claim.

Dated: 14 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60449, Appeal of Future Services Company For Trading and General Transport W.L.L., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2